COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Houston Progressive Radiology Associates, PLLC, Rodolfo L.
                         Garcia and Brandon C. Stroh

Appellate case number:   01-14-00463-CV

Trial court case number: 2014-12279

Trial court:             80th District Court of Harris County

Relators Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia and Brandon C. Stroh have filed a petition for writ of mandamus directed at the district court's order denying their plea in abatement and motion to dismiss the underlying lawsuit in favor of arbitration. Relators have also filed a parallel interlocutory appeal of that order, *Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia and Brandon C. Stroh v. Stephen B. Lee, M.D., P.A. a Texas Professional Association, Dean Paul Chauvin, Jr., M.D., P.A., a Texas Professional Association, and Michael Nguyen, M.D.*, 01-14-00467-CV. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West 2011); § 171.098 (West 2011).

Relators have filed an Emergency Motion to Stay All Trial Court Proceedings Pending Appellate Review of Order Denying Arbitration. The motion is GRANTED; we STAY all proceedings in the trial court, including discovery, pending further order of this Court. *See* TEX. R. APP. P. 52.10.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle _____ _____
                        ☑ Acting individually     ☐ Acting for the Court

Date: June 27, 2014 _____